NOV 25'09 PM 3:26 USB

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In the Matter of

JOHN F. GALLAGHER          Chapter 11
                           No. 09-20732-HJB

Debtor

**DEBTOR'S MOTION FFOR RECONSIDERATION OF THIS COURT'S ORDER OF NOVEMBER 23, 2009, DISMISSING DEBTOR'S CASE, AND FOR AN ORDER REINSTATING CASE**

Now comes the above Debtor, acting 'pro se', and requests that this Court reconsider its Order of Novenber 23, 2009 dismissing Debtor's case, and for an Order reinstating Debtor's case.

1. On November 5, 2009, Debtor filed a Voluntary Chapter 11 Petition.

2. Debtor's Schedules and Statement of Affairs, together with a List of 20 Largest Creditors and Other Documents were due on November 20, 2009.

3. The First Meeting of Creditors herein had been scheduled for December 10, 2009.

4. Debtor had encountered some difficulty in obtaining the information needed to complete Debtor's Schedules and Statement of Affairs and the other information required

5. Successful efforts have been undertaken to obtain almost all of the necessary data, but additional time was needed to complete the process, and to process the information.

6. Debtor filed this Chapter 11 petition 'pro se', and is trying to obtain the services of a qualified attorney.

7. On November 20, 2009, the undersigned sent an express mail letter to the Court requesting a two-week extension for filing the required information, but learned later that same day that this was not the proper way to seek such relief.

8. On the next day, Saturday, November 21, 2009, Debtor prepared a Motion to Extend in what he believes was the proper form, and on Monday, November 23, 2009, caused such motion to be filed at the Clerk's office at Boston. A copy of Debtor's Motion to Extend is attached as Exhibit 'A'. A copy of this motion was hand stamped at the Clerk's office at the time it was filed.

9. Also on Monday, November 23, 2009, the Debtor's express mail letter dated November 20, 2009, requesting the original extension, was received by the Court. See Exhibit 'B'.

10. Subsequently, Debtor learned that neither his motion nor his letter had been entered on the case docket because the Clerk learned that this Court had already dismissed the case for failure to file the required information. See Order, Exhibit 'C'.

10. Since the outset of the case, Debtor has cooperated with the United States Trustee's Office, and has been in compliance with all rules and regulations. See E-Mail from UST's Office, Exhibit 'D'.

WHEREFORE, Debtor prays **that his case be reinstated, and that the deadline for filing the required information herein be extended until December 8th, 2009**, and for such other relief as may be justified under these circumstances.

Dated at Manchester, Massachusetts, this 24th day of November, 2009.

JOHN F. GALLAGHER
'PRO SE'

_____
John F. Gallagher
4 Old Wenham Way
Manchester, Mass. 01944

NOV 25 '09 PM 3:26 USB

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Debtor's Motion to Reconsider and Reinstate have been served upon the following parties:

| | |
|---|---|
| Office of the United States Trustee<br>5 Post Office Square, Suite 1000<br>Boston, Massachusetts 02109 | BY HAND |
| Matthew H. Pappas, Esq.<br>Cumsky & Levin<br>6 University Road<br>Cambridge, Mass. 02138 | First Class Mail |
| Deidre M. Keady, Esq.<br>Harmon Law Office<br>P.O. Box 610345<br>Newton Highlands, Mass. 02461 | First Class Mail |

November 24, 2009

_____
John F. Gallagher

# EXHIBIT 'A'

## DEBTOR'S MOTION TO EXTEND