UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| In re: | Chapter 11 |
|---|---|
| JOHN F. GALLAGHER, | Case No. 09-20732-HJB |
| Debtor. | |

**MOTION BY DEBTOR TO APPROVE STIPULATION BETWEEN
JOHN F. GALLAGHER AND MAINE BUREAU OF REVENUE SERVICES**
(Expedited Determination Requested)

John F. Gallagher (the "Debtor"), the debtor in the above-captioned Chapter 11 proceeding, respectfully requests that this Court enter an order approving the *Stipulation Between John F. Gallagher and Maine Bureau of Revenue Services* (the "Stipulation") between the Debtor and the Maine Bureau for Revenue Services ("MRS", and together with the Debtor the "Parties"). The Stipulation resolves: (a) MRS' objection to the *Debtor's Motion for Entry of Final Decree* (the "Motion for Final Decree") [doc. no. 498]; (b) MRS' *Motion by State Tax Assessor to Dismiss or Convert Debtor's Chapter 11 Case* (the "Maine Motion") [doc. no. 505]; and (c) establishes the manner of payment of MRS' post-petition tax claim.

The Debtor requests expedited consideration of this motion because a hearing on the Motion for Final Decree and the Maine Motion is scheduled for April 2, 2014, and the Stipulation will resolve disputes with respect to both of those motions. The Stipulation provides, among other things, for the payment of MRS' post-petition tax claim. The Debtor is not compromising any affirmative claim he holds. Expedited consideration of this motion, and the accompanying reduction in the notice period provided for in the applicable rules of bankruptcy procedure, is therefore warranted.

*[Left margin, rotated: Signature: Henry Jack Boroff]*

*[Left margin, rotated: 04/01/2014 THE STIPULATION SHALL BE HELD FOR OBJECTIONS; HOWEVER THE HEARING OF 04/02/14 ON THIS MATTER IS CANCELED.]*