# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: John F. Gallagher                     Case Number: 09-20732           Ch: 11

**MOVANT/APPLICANT/PARTIES:**
#498 Motion of Debtor for Final Decree

**OUTCOME:**
- \_\_\_\_ Granted \_\_\_\_ Denied \_\_\_\_ Approved \_\_\_\_ Sustained
- \_\_\_\_ Denied \_\_\_\_ Denied without prejudice \_\_\_\_ Withdrawn in open court \_\_\_\_ Overruled
- \_\_\_\_ OSC enforced/released
- \_\_\_\_ Continued to:_____ For:_____
- \_\_\_\_ Formal order/stipulation to be submitted by:_____ Date due:_____
- \_\_\_\_ Findings and conclusions dictated at close of hearing incorporated by reference
- \_\_\_\_ Taken under advise ment: Brief(s) due_____ From_____
               Response(s) due_____ From_____
- \_\_\_\_ Fees allowed in the amount of: $_____ Expenses of: $_____
- \_\_\_\_ No appearance/response by:_____
- ✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

GRANTED.

IT IS SO NOTED:                          IT IS SO ORDERED:

_____            *Henry Jack Boroff*   _____ Dated: 04/02/2014
Courtroom Deputy